# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

LONNIE N. CLOVER; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05810

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, Eric Afflerbach, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LONNIE N. CLOVER the above process on the 2 day of February, 2017, at 11:14 o'clock, AM, at 973 NORTH 7TH STREET, APT. 411 PHILADELPHIA, PA 19123, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_

County of _Berks_   ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this _3_ day of _Feb_, 20_17_.

_____
Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

COMMONWEALTH OF PENNSYLVANIA

File Number: USA-158215
Case ID #: 4804102

*PCO/ Brittni A.*

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5775-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800729804<br>9171999991703800729804 | CLOVER, LONNIE N.<br>1804 W. Juniata St<br>1F<br>Philadelphia, PA 19140 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703802271806<br>9171999991703802271806 | CLOVER, LONNIE N.<br>973 North 7th Street, Apt. 411<br>Philadelphia, PA 19123 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 2 | | 1.85 | 9.70 | | | 11.55 |
| Cumulative Totals | 2 | | 1.85 | 9.70 | | | 11.55 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____    Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C       Certified
                                 ERR     Return Receipt

[Round stamp: USPS CONTINENTAL STATION, FEB -1 2017, PHILA, PA 19106]

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee | |
| 1. | | | | | | | | | | | | | |
| 2. | | | | U.S. POSTAGE »» PITNEY BOWES<br>ZIP 19106  $ 002.70⁰<br>02 1W<br>0001391829 FEB 01 2017 | | | | | | | | | |
| 3. | TO  LONNIE CLOVER<br>CLOVER, LONNIE N.<br>973 North 7th Street, Apt. 411<br>Philadelphia, PA 19123 | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | TO  LONNIE CLOVER<br>CLOVER, LONNIE N.<br>1804 W. Juniata St<br>Philadelphia, PA 19140 – 2931 | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |
| Total Number of Pieces Listed by Sender: 2 | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | | | | | | See Privacy Act Statement on Reverse | | | | | |

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-158215   Sale Date:   Philadelphia County

LONNIE N. CLOVER

DCO – Back to Brith. Augustn